# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ACCELERANT SPECIALTY <br> INSURANCE COMPANY, | § <br> § <br> § | |
| *Plaintiff*, | § <br> § | C.A. No. 2:23-cv-00070 <br> Rule 9(h) Admiralty |
| V. | § <br> § | |
| 2015 PLATINUM TRUST <br> A/K/A FRED WRIGHT | § <br> § <br> § | |
| *Defendant.* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, through undersigned counsel, Plaintiff Accelerant Specialty Insurance Company and Defendant 2015 Platinum Trust A/K/A Fred Wright, and represent to this Honorable Court that all claims in the above-captioned matter have been amicably compromised and settled.

Accordingly, the parties jointly move this Honorable Court for an Order dismissing this matter with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

**KEAN MILLER, LLP**

*/s/ Timothy W. Strickland*
Timothy W. Strickland
Texas Bar No. 19396298
S.D. No. 13820
Stacey T. Norstrud
Texas Bar No. 24025363
S.D. No. 32013
711 Louisiana Street, Suite 1800

Houston, Texas 77002
Phone: (713) 844-3000
Facsimile: (713) 844-3030

**ATTORNEYS FOR PLAINTIFF ACCELERANT SPECIALTY INSURANCE COMPANY**

**AND**

**WUENSCHE LAW FIRM**

*/s/ Montere Wuensche*
Montere Wuensche
Texas Bar No. 24013785
S.D. Bar No. 1036524
P.O. Box 886
Tomball, Texas 77377
Phone:  832-326-5332
Facsimile:  281-809-0107

**ATTORNEYS FOR DEFENDANT 2015 PLATINUM TRUST A/K/A FRED WRIGHT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, a true and correct copy of the foregoing document was filed and served on all counsel of record via the CM/ECF system.

*/s/ Timothy W. Strickland*
Timothy W. Strickland